IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **FELDMAN & PINTO, P.C.,** | |
| Plaintiff, | CIVIL ACTION |
| v. | NO. 11-5400 |
| **MARTHA LYNN SEITHEL and SEITHEL LAW LLC,** | **FILED**<br>SEP 15 2011<br>MICHAEL E. KUNZ, Clerk<br>By_____ Dep. Clerk |
| Defendants. | |

### ORDER

AND NOW, this 14th day of September, 2011, upon consideration of correspondence from Defendants dated September 8, 2011 regarding the Temporary Restraining Order issued by Judge Sanchez on August 29, 2011 (Doc. 6), **IT IS HEREBY ORDERED and DECREED** that the parties shall participate in a **proceeding** before this Court on **Thursday, September 22, 2011** at **2:00 p.m.** in Room 9613, 601 Market Street, Philadelphia, PA 19106.

BY THE COURT:

/s/ Petrese B. Tucker
Hon. Petrese B. Tucker, U.S.D.J.