IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FELDMAN & PINTO, P.C., | : |
| Plaintiff, | : CIVIL ACTION |
| v. | : NO. 11-5400 |
| MARTHA LYNN SEITHEL and SEITHEL LAW LLC, | : |
| Defendants. | : |

### ORDER

AND NOW, this 19th day of September, 2011, upon consideration of counsels' request to reschedule, **IT IS HEREBY ORDERED and DECREED** that the parties shall participate in a **status conference** on **Wednesday, September 21, 2011** at **10:00 a.m.** in Room 9613, 601 Market Street, Philadelphia, PA 19106.

BY THE COURT:

_/s/ Petrese B. Tucker_
Hon. Petrese B. Tucker, U.S.D.J.