IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **FELDMAN & PINTO, P.C.,** | : | |
| | : | |
| **Plaintiff,** | : | **CIVIL ACTION** |
| | : | |
| v. | : | **NO. 11-5400** |
| | : | |
| **MARTHA LYNN SEITHEL and SEITHEL LAW LLC,** | : | |
| | : | |
| **Defendants.** | : | |

### ORDER

**AND NOW**, this _____ day of September, 2011, **IT IS HEREBY ORDERED and DECREED** that the parties shall appear before the Court for a **hearing** on the issues raised in Plaintiff's Motion for Preliminary Injunction (Doc. 5) on **Wednesday, October 12, 2011** from **2:00 - 5:00 p.m.**; **Thursday, October 13, 2011** from **9:30 a.m. - 12:30 p.m.**; and **Friday, October 14, 2011** from **9:30 a.m. - 12:00 p.m.** in Courtroom 9B, 601 Market Street, Philadelphia, PA 19106.

    BY THE COURT:

    /s/ Petrese B. Tucker
    _____
    **Hon. Petrese B. Tucker, U.S.D.J.**