UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FELDMAN & PINTO, P.C., | : Civil Action No. 11-cv-5400 |
| Plaintiff | : |
| | : |
| v. | : |
| | : |
| MARTHA LYNN SEITHEL and | : |
| SEITHEL LAW LLC, | : |
| Defendants | : |

**PLAINTIFF'S PROPOSED CORRECTIVE LETTER TO CLIENTS**

Plaintiff Feldman & Pinto P.C. submits the attached proposed corrective letter in accordance with the Court's Order dated December 22, 2011, and respectfully requests that the letter be finalized and sent to clients to be identified by plaintiff on or before January 6, 2012, with self-addressed stamped envelopes to be delivered to chambers.

Respectfully submitted,

WEIR & PARTNERS LLP

By: /s/ Marc J. Zucker
    Marc J. Zucker, Esq.
    Jennifer Hiller Nimeroff, Esq.
Suite 500, The Widener Building
1339 Chestnut Street
Philadelphia, PA  19107
(215) 241-7792

Attorneys for Plaintiff Feldman & Pinto P.C.

DATED:  January 2, 2012