[COURT LETTERHEAD]

**IMPORTANT: PLEASE READ THE LETTER BELOW AND
RETURN THE ATTACHED FORM AS SOON AS POSSIBLE**

Dear Client,

This letter is being sent to you at the direction of the U.S. District Court for the Eastern District of Pennsylvania in the matter of <u>Feldman & Pinto P.C. v. Martha Lynn Seithel</u>, in which the Court has entered a preliminary injunction at Feldman & Pinto P.C.'s request.  We are sending you this letter because you filled out a form choosing Lynn Seithel as your attorney, and the Court wants to know if that is what you intended to do.

You may not have been aware at the time you filled out the form that:

- Contrary to Ms. Seithel's letter to you, she did not simply "leave" Feldman & Pinto P.C. Rather, Feldman & Pinto fired Ms. Seithel on June 13, 2011.

- Ms. Seithel is not licensed to practice law in Pennsylvania.  She is licensed only in one state: her home state of South Carolina.

- Contrary to Ms. Seithel's letter to you, she does not have an "experienced team in place with over twenty years of combined experience."  Rather, her team consists of one attorney (Ms. Seithel herself) with only ten years of experience, as well as a paralegal, an administrative assistant and some interns.

- Ms. Seithel had not formed the law firm of Seithel Law LLC at the time she sent you the letter.  She subsequently did so.

- Contrary to Ms. Seithel's letter to you, it is not clear that she had primary responsibility for the handling of your case.

- Contrary to Ms. Seithel's letter to you, you did not have to make a choice in order to continue to be represented by Feldman & Pinto P.C.

***THIS IS YOUR OPPORTUNITY TO CORRECT ANY ERROR YOU MAY HAVE MADE.***  If you wish to remain with Feldman & Pinto, please check the box ☑ on the attached form which says "I want my case to stay with the law firm of Feldman & Pinto P.C.," and return it in the enclosed stamped, self-addressed envelope. If you have any questions about this process, please call Laura Feldman or Rosemary Pinto at (800) 787-5258.

BY THE COURT:

HONORABLE PETRESE B. TUCKER
United States District Judge for the Eastern District of Pennsylvania

**PLEASE FILL OUT THIS FORM AND
RETURN IT IN THE ENCLOSED ENVELOPE
TO:
Feldman & Pinto P.C.
1604 Locust Street, 2nd Floor
Philadelphia, PA  19103**


☐  I want my case to **stay with the law firm of Feldman & Pinto P.C.**, the firm that was representing me before July of last year.


☐   I want my case to **go to Lynn Seithel**, who is no longer employed by Feldman & Pinto P.C.


☐ I want my case to go to a **different attorney** named: _____.


Name of client or client representative (please print):  _____


Client signature:  _____


Date:  January _____, 2012