**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **FELDMAN & PINTO, P.C.** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO. 11-cv-5400** |
| | : | |
| **MARTHA LYNN SEITHEL** | : | |
| **and** | : | |
| **SEITHEL LAW, LLC,** | : | |

## DEFEDANTS' PROPOSED CORRECTIVE LETTER

Pursuant to the Court's Order entered on December 23, 2011,

Defendants, Martha Lynn Seithel ("Seithel") and Seithel Law, LLC

("Seithel Law") (hereinafter collectively "Defendants"), hereby respectfully

submit their Proposed Corrective Letter which is attached hereto that

should be sent to clients identified by Plaintiffs and approved by the

Court.

Respectfully submitted,

SPECTOR GADON & ROSEN, P.C.

By: /s/ Jennifer Myers Chalal
Alan B. Epstein - 2346
Jennifer Myers Chalal - 77841
1635 Market Street, 7th Floor
Philadelphia, PA 19103
(215) 241-8888

*Attorneys for Defendants*

Date: 1/3/12

*Re:    Representation in [Insert Applicable Drug Claim]*

Dear _____ :

As you may be aware, Feldman & Pinto and Lynn Seithel, Esquire and her firm Seithel Law, LLC are presently involved in litigation regarding Ms. Seithel's separation from Feldman & Pinto. As part of that litigation, the Court has directed that you be issued another letter clarifying certain information you were previously provided so you can determine whether to affirm or retract your prior election.

At the start of your litigation, Ms. Seithel was employed at Feldman & Pinto, P.C. and she was actively involved with the prosecution of your claim. Ms. Seithel is no longer employed with Feldman & Pinto and started her own practice known as Seithel Law, LLC in Charleston, South Carolina which primarily handles pharmaceutical litigation cases such as your case for clients throughout the country. The firm consists of Ms. Seithel who has been practicing law for more than ten years and has spent her entire career prosecuting, litigating and resolving pharmaceutical litigation cases. Seithel Law also employs a Paralegal Assistant who has over ten years experience in assisting with pharmaceutical litigation cases. Ms. Seithel is licensed in the state of South Carolina and has been a member in good standing of the bar of the State of South Carolina since 2001. She has been admitted to practice in the South Carolina District Court and the Courts of Appeals for the Fourth and Ninth Circuits. Ms. Seithel has also been admitted by the Court in the states where your claim has or may be filed. While Ms. Seithel is not licensed in the State of Pennsylvania, she had been admitted to practice in Pennsylvania for purposes of handling claims like yours that may be filed in Pennsylvania and the claims of other clients pursuing pharmaceutical based tort claims before the Philadelphia Court of Common Pleas and the United States District Court for the Eastern District of Pennsylvania. Additionally, Ms. Seithel has hired national law firms to serve as local counsel in each of the states that your claim has been or may be filed. With respect to the cases already filed in Pennsylvania, Ms. Seithel has hired the firm of Lopez & McHugh to serve as local counsel and to assist with the litigation. Accordingly, Ms. Seithel and Seithel Law, LLC believe they are well-suited to handle your case.

Feldman & Pinto are also well suited to handle your case. Feldman and Pinto has been involved with pharmaceutical litigation cases for approximately seven years. The four attorneys at Feldman & Pinto are licensed in Pennsylvania. Rosemary Pinto was one of the attorneys involved in the litigation.

As you were previously advised, the decision as to whom you want to represent you in this case is entirely yours to make. Both firms are willing and desire to represent you. Accordingly, another election form is enclosed for you to select the counsel of your choice. If you still want Ms. Seithel and Seithel Law to represent you, please indicate on the form. If you want to retract your prior election and want to be represented by

Feldman & Pinto, please indicate on the form. You can also select another attorney to represent you if you decide that you do not want to be represented by either Seithel Law or Feldman & Pinto. If you choose this option, please indicate on the form. If you have any concerns, you should contact your referring attorney, _____, at
_____.

Please make your selection on the form attached and return it to the Court in the enclosed envelope.

Very truly yours,

The Honorable Petrese B. Tucker

## ELECTION FORM

I Want To Be Represented By:

[ ]  Feldman & Pinto

[ ]  Seithel Law

[ ] Another Attorney: _____
                      Name and Address


NAME:         _____
              Please Print

SIGNATURE: _____

DATE:         _____

# CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of January, 2012, I caused a

true and correct copy of the attached Proposed Corrective Letter to be

filed on the electronic filing system for the U.S. District Court for the

Eastern District of Pennsylvania and served on the following counsel via

electronic mailing:

Marc J. Zucker, Esquire
Jennifer Hiller-Nimeroff, Esquire
Weir & Partners, LLC
The Widner Building, Suite 500
1339 Chestnut Street
Philadelphia, PA 19107


                              _/s/ Jennifer Myers Chalal_____
                              Jennifer Myers Chalal